AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Pedro MENDOZA-Lara | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 25, 2022 _____ in the county of _____ Webb _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about October 25, 2022 the defendant Pedro  MENDOZA-Lara was apprehended in Laredo, Texas.  After a brief interview it was determined that, Pedro  MENDOZA-Lara was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Pedro  MENDOZA-Lara was previously REMOVED from the United States on 01/01/2019 at El Paso, Tx.  There is no record that Pedro  MENDOZA-Lara has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Javier Molano

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Javier Molano
sworn to and signature attested
telephonically on October 26, 2022,
at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge